# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Valentino Watson

**V.**                                     **JUDGMENT IN A CIVIL CASE**

John Salazar

                                        CASE NUMBER:    05CV2323 W(CAB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Report and Recommendation is adopted in its entirety and the Court grants the Respondent's motion to dismiss; Clerk shall close the file . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

|  |  |
|---|---|
| September 19, 2006 | W. Samuel Hamrick, Jr. |
| Date | Clerk |
|  | S/ J. Jarabek |
|  | (By) Deputy Clerk |
|  | ENTERED ON September 19, 2006 |

05CV2323 W(CAB)